UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 21-80 |
| VERSUS | SECTION : L (4) |
| RYAN NEGROTTO, a/k/a White Boy, BRANDON MARTINEZ, a/k/a Rabbit and NGHIA LE | VIOLATION: 21:846, 21:841(a)(1) and 841(b)(1)(B), 18:2, 21:841(a)(1) and 841(b)(1)(A), 18:924(c)(1)(A)(i), 21:856(a)(1), |

NOTICE OF RE-SENTENCING – Le ONLY

Take Notice that this criminal case has been set for RE-SENTENCING on THURSDAY, MAY 22, 2025, AT 2:00PM, before Judge Eldon E. Fallon, Courtroom C-468, 500 Poydras Street, New Orleans, LA 70130.

**Important:** Counsel are hereby notified that any request for the imposition of a Non-Guideline Sentence must comply with the deadlines established in LCrR 32.1.1E regarding the submission of motions or letters requesting departures from the Sentencing Guidelines.

Note: Photo I.D. is required to enter the building.
Persons on bond must report to the Deputy U.S. Marshal immediately outside the aforesaid courtroom for evaluation and search 15 minutes prior to appearance.

Date:  March 10, 2025

TO:

RYAN NEGROTTO   -   Custody

BRANDON MARTINEZ   -   Custody
Brian Capitelli, Esq.
brian@capitelliandwicker.com

Nghia Le   -   Custody
Gregory Carter, Esq.
gcarterlaw@gmail.com

SA Vincent Liberto, ATF
Vincent.liberto@atf.gov

**If you change address,
notify clerk of court
by phone, 504-589-7686**

CAROL L. MICHEL, CLERK

by: Dean Oser, Deputy Clerk

AUSA:  Michael Trummel
U.S. Marshal

U.S. Probation Officer

U.S. Probation Office - Pretrial Services Unit

**JUDGE**

**MAGISTRATE**

COURT REPORTER COORDINATOR
INTERPRETER: None